**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

_____

**In re:**

    **Michael F. Montagne,**　　　　　　　　　　　　　　　　　　**Chapter 12 Case**
          **Debtor.**　　　　　　　　　　　　　　　　　　　　　　　　**# 08-10916**

_____

**Bourdeau Brothers, Inc.,**
         **Plaintiff,**
        v.　　　　　　　　　　　　　　　　　　　　　　　　　**Adversary Proceeding**
**Michael F. Montagne, Diane Montagne,**　　　　　　　　　　　　**# 08-1024**
**and Montagne Heifers, Inc.,**
         **Defendants.**

_____

*Appearances:*　　Lisa Chalidze, Esq.　　　　　James W. Spink, Esq.
　　　　　　　　　　Benson, VT　　　　　　　　　Spink & Miller, PLC
　　　　　　　　　　*For Diane Montagne*　　　　Burlington, VT
　　　　　　　　　　　　　　　　　　　　　　　　*For Bourdeau Brothers, Inc.*

**ORDER**
**DENYING DIANE MONTAGNE'S MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the memorandum of decision of even date, the Court DENIES Diane Montagne's motion for summary judgment (doc. # 160).

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
Rutland, Vermont　　　　　　　　　　　　　　　　　　　　Colleen A. Brown
December 21, 2009　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Filed & Entered
On Docket
December 21, 2009