UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

**In re:**
    **Michael F. Montagne,**
            **Debtor.**

Filed & Entered
On Docket
January 25, 2010

Chapter 12 Case
# 08-10916

_____

**Bourdeau Brothers, Inc.,**
           **Plaintiff,**
       **v.**
**Michael F. Montagne, Diane Montagne,**
**and Montagne Heifers, Inc.,**
           **Defendants.**

**Adversary Proceeding**
**# 08-1024**

_____

*Appearances:*     *James Spink, Esq. and Mary Peterson, Esq. for Bourdeau Brothers, Inc.*
                      *Lisa Chalidze, Esq. for Diane Montagne*

**ORDER**
**GRANTING PLAINTIFF'S RENEWED MOTION TO DISMISS AMENDED COUNTERCLAIM**
**OF DIANE MONTAGNE AND DENYING REQUEST FOR ATTORNEY'S FEES**

For the reasons set forth in the memorandum of decision of even date, the Court grants Bourdeau Brothers, Inc.'s renewed motion to dismiss the amended counterclaims of Diane Montagne (doc. # 274), and denies Bourdeau Brothers, Inc.'s request for attorney's fees.

SO ORDERED.

Rutland, Vermont
January 25, 2010

Colleen A. Brown
United States Bankruptcy Judge