UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

**In re:**
    **Michael F. Montagne,**
              **Debtor.**

Chapter 12 Case
# 08-10916

_____

**Bourdeau Brothers, Inc.,**
              **Plaintiff,**
              v.
**Michael F. Montagne, Diane Montagne,
and Montagne Heifers, Inc.,**
              **Defendants.**

Filed & Entered
On Docket
February 1, 2010

Adversary Proceeding
# 08-1024

_____

*Appearances:*    *James Spink, Esq. and Mary Peterson, Esq., for Bourdeau Brothers, Inc.*
                       *Lisa Chalidze, Esq., for Diane Montagne*

**ORDER**
**GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO STRIKE DIANE MONTAGNE'S
AFFIRMATIVE DEFENSES AND DENYING PLAINTIFF'S REQUEST FOR ATTORNEY'S FEES**

      For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that

1. Bourdeau Brothers, Inc.'s motion to strike Diane Montagne's affirmative defenses of waiver and/or estoppel, unclean hands, and failure to mitigate damages (doc. # 292) is granted.

2. Bourdeau Brothers, Inc.'s motion to strike Diane Montagne's affirmative defense of homestead exemption is denied. Diane Montagne may present proof on this affirmative defense if (i) the Court determines Diane Montagne is liable for the BBI debt, and (ii) BBI seeks to levy on the attachment against property Diane Montagne asserts to be her homestead property.

3. Bourdeau Brothers, Inc.'s request for attorney's fees is denied.

      SO ORDERED.

Rutland, Vermont
February 1, 2010

                                                                            Colleen A. Brown
                                                                            United States Bankruptcy Judge